OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

:::PRESORTED FIRST CLASS POSTAGE

02 1R
0002003152
MAILED FROM ZIP CODE 78701

$ 00.26⁵
JAN 06 2015

PITNEY BOWES

**12/23/2014**
**COOPER, REGINALD ALONZO  Tr. Ct. No. 451347-B  WR-15,225-05**
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS CO. SHERIFF'S DEPT.

REGINALD ALONZO COOPER

